82 F.3d 408
 Wm. H. McGee & Co., Inc., as Successor In Interest To Sun
Insurance Co. of New York, as Suborgee of Goldman,
Sachs and Company
v.
Richard I. Rubin and Co., Inc., E/R Associates, t/a One
Meridian Plaza, Equitable Life Assurance Society
of U.S., USA One Associates, USA One
B.V., USA Two B.V., Pan
American Office
Investments, Inc.
 NO. 95-1600
 United States Court of Appeals,
Third Circuit.
 Mar 18, 1996
 
 Appeal From: E.D.Pa., No. 95-cv-00237,
 Buckwalter, J.
 
 
 1
 AFFIRMED.